AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

| FILED _____ LODGED |
| --- |
| _____ RECEIVED |
| **Oct 03, 2023** |
| CLERK U.S. DISTRICT COURT |
| WESTERN DISTRICT OF WASHINGTON AT TACOMA |
| BY _____ DEPUTY |

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)  Case No.   MJ23-5218
Three Electronic Devices, more fully described in Attachment )
A. )
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Western _____ District of _____ Washington _____
*(identify the person or describe the property to be searched and give its location)*:

Three Electronic Devices, which are more fully described in Attachment A, which is incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____ June 15, 2023 _____ *(not to exceed 14 days)*
❏ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____ any U.S. Magistrate Judge in West. Dist. of Washington ____ .
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:     06/01/2023     11:55 a.m.

_____
*Judge's signature*

City and state:     Tacoma, Washington

Grady J. Leupold, United States Magistrate Judge
*Printed name and title*

USAO# 2022R00205

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>MJ23-5218 | Date and time warrant executed:<br>6/5/2023  12:42 PM | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of :<br>N/A | | |
| Inventory of the property taken and name of any person(s) seized: | | |

· items consistent with Attachment B of the warrant.

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date:   10/3/2023

*Heidi Hawkins*
*Executing officer's signature*

*Heidi Hawkins  FBI, SA*
*Printed name and title*

USAO# 2022R00205        10-03-2023

*Theresa L. Fricke*

## ATTACHMENT A

The **SUBJECT DEVICES** are:

- one black Apple iPhone **(SUBJECT DEVICE 1)**,

 

- one black Samsung Fold (IMEI 350302230625416) **(SUBJECT DEVICE 2)**, and

 

ATTACHMENT A
USAO# 2022R00205 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2 • one Space Gray Apple MXAT2LL/A iPad Pro Tablet (Serial Number
DMPD8C0ZNR71) (**SUBJECT DEVICE 3**).

3

4

5

6

7

8

9

10

 

11

12 The **SUBJECT DEVICES** are currently located at the FBI Seattle Field Office, 1110 3rd

13 Avenue, Seattle, Washington, 98101.

14 This warrant authorizes the forensic examination of the SUBJECT DEVICES for

15 the purpose of identifying the electronically stored information described in Attachment

16 B.

17

18

19

20

21

22

23

24

25

26

27

ATTACHMENT A
USAO# 2022R00205 - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ATTACHMENT B**

1.    All records on the **SUBJECT DEVICES** described in Attachment A that relate to violations of federal law, including Title 18, United States Code, Sections 1343 (Wire Fraud), 1028A (Aggravated Identity Theft), 1956 (Money Laundering), 1957 (Transactional Money Laundering), and conspiracy to commit these offenses, and those violations involving Sakiru Olanrewaju AMBALI, Fatiu Ismaila Lawal, and co-conspirators occurring March 1, 2020 to present including:

  a.  evidence of user attribution showing who used or owned the Subject Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

  b.  any evidence related to receipt, use, or transfer of fraudulent proceeds;

  c.  all communications or files relating to American government programs, including any pandemic assistance program and/or U.S. tax returns;

  d.  all communications between AMBALI, Lawal, and/or any co-conspirators ;

  e.  documents, images, and communications with personal identifying information belonging to individuals other than AMBALI;

  f.  all communications with or about LarrryLarry or Larry Smith;

  g.  all photographs, videos, and other graphics on the Subject Device relating to the offenses under investigation;

  h.  any information regarding AMBALI's, Lawal's or co-conspirators travel from April 2020 to the present;

  i.  all communications or documents relating to bank or other financial accounts;

  j.  records of Internet Protocol addresses used and location data; and

ATTACHMENT B
USAO# 2022R00205 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    k.  records of Internet activity, including firewall logs, caches, browser history and

2        cookies, "bookmarked" or "favorite" web pages, search terms that the user entered

3        into any Internet search engine, and records of user-typed web addresses.

4        As used above, the terms "records" and "information" include all of the foregoing

5    items of evidence in whatever form and by whatever means they may have been created

6    or stored, including any form of computer or electronic storage (such as flash memory or

7    other media that can store data) and any photographic form.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ATTACHMENT B
USAO# 2022R00205 - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970